**No. 41396.**—Protest 953391–G of W. X. Huber Co. (Los Angeles).

Opinion by EVANS, J. In accordance with stipulation of counsel the protest was sustained as to broken kernels of milled rice on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192).